THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY SELLMAN, *et al.*,

                Plaintiffs,

      v.

BOEHRINGER INGELHEIM
PHARMACEUTICALS INC, *et al.*,

                Defendants.

CASE NO. C21-1105-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      Having reviewed the parties' stipulated motion to extend Defendants' deadline for responding to Plaintiffs' complaint, the Court finds good cause for an extension and therefore GRANTS the motion. (Dkt. No. 9.) It is therefore ORDERED that Defendants' response to the complaint is due September 2, 2021. If the parties determine this lawsuit is indeed subject to arbitration agreements, they must promptly advise the Court or file an appropriate dismissal notice.

      DATED this 20th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk