THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY SELLMAN, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS INC, *et al.*, <br><br>　　　　Defendants. | CASE NO. C21-1105 JCC <br><br> MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the Parties' Stipulated Motion to Extend Defendants' Responsive Pleading Deadline. (Dkt. No. 14.) Having reviewed the parties' submission, the Court finds good cause for an extension and therefore GRANTS the motion. (Dkt. No. 14.) It is therefore ORDERED that the deadline for Defendants to answer or otherwise respond to the complaint is September 16, 2021.

　　　DATED this 2nd day of September 2021.

　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-1105 JCC
PAGE - 1